IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-22 |
| TINA LIPSEY, | |
| Defendant. | |

# O R D E R

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 296.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Tina Lipsey from the Indictment in the above-captioned case without prejudice. The Court DENIES AS MOOT any pending motions as to Defendant Tina Lipsey and DIRECTS the Clerk of Court to TERMINATE Defendant Tina Lipsey from this case.

**SO ORDERED**, this 11th day of August, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA